FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0609

CITIZENS FOR BALANCED USE a
Montana not for profit corporation; W.R.H.
NEVADA PROPERTIES, LLC, a Nevada
Limited Liability Company;

       Plaintiffs / Appellants,

v.

MONTANA FISH WILDLIFE AND PARKS
an agency for the State of Montana; FISH
AND WILDLIFE COMMISSION an agency
for the State of Montana; THE TRUST FOR
PUBLIC LANDS, a California Corporation;
GREEN DIAMOND RESOURCES CO, a
Washington Corporation; and JOHN DOES 1-
10,

       Defendants / Appellees.

## ORDER

Upon consideration of Counsel's motion to voluntarily dismiss the above-entitled cause pursuant to Rule 16(4) M.R.App.P., and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2024